# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLIFTON JERMAINE ANDERSON

NO. 2021 KW 1082

**DECEMBER 20, 2021**

---

In Re:    Clifton Jermaine Anderson, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2021-208855.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT